David J. Elkanich, OSB No. 992558
Email: delkanich@hinshawlaw.com
HINSHAW & CULBERTSON LLP
1000 SW Broadway, Suite 1250
Portland, Oregon 97205-3078
Telephone: (503) 243-3243
Facsimile: (503) 243-3240

Attorney for Defendant Portfolio
Recovery Associates, LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# MEDFORD DIVISION

| | |
|---|---|
| GLENN CAREY,<br><br>    Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>    Defendant. | Case No. 1:12-cv-1838<br><br>UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING |

## CERTIFICATION

Pursuant to Local Rule 7.1(a), counsel for defendant Portfolio Recovery Associates, LLC ("PRA") certifies that he has conferred with plaintiff's counsel, who does not oppose this motion.

## MOTION

Defendant PRA respectfully moves this Court for an extension of time to file an Answer or other Responsive Pleading until December 11, 2012, an additional two weeks. This is defendant's second request for an extension.

The undersigned counsel is continuing to investigate the claims made in the complaint and needs additional time to prepare an appropriate responsive pleading. In addition, counsel for

Page 1 – MOTION TO EXTEND DEADLINE
    TO FILE ANSWER OR OTHER
    RESPONSIVE PLEADING

HINSHAW & CULBERTSON LLP
1000 S.W. Broadway, Suite 1250
Portland, Oregon 97205
Phone: 503-243-3243
Fax: 503-243-3240

plaintiff and for defendant have engaged in some limited settlement negotiations and would like to speak again before further pleadings are filed. Plaintiff would suffer no prejudice by allowing the defendant this short extension.

This motion is filed in good faith and not for the purpose of delay.

## **CONCLUSION**

The court should extend the deadline by which to file an Answer or other Responsive Pleading to December 11, 2012, two weeks from today.

DATED this 27th of November, 2012.

                           HINSHAW & CULBERTSON LLP

                           */s David J. Elkanich*
                           David J. Elkanich, OSB No. 992558
                           Attorney for Defendant Portfolio
                           Recovery Associates, LLC

Page 2 – MOTION TO EXTEND DEADLINE
TO FILE ANSWER OR OTHER
RESPONSIVE PLEADING

HINSHAW & CULBERTSON LLP
1000 S.W. Broadway, Suite 1250
Portland, Oregon 97205
Phone: 503-243-3243
Fax: 503-243-3240

# CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2012, I caused to be electronically filed with the Clerk of the Court through the CM/ECF system, the document **MOTION TO EXTEND DEADLINE TO FILE ANSWER OR OTHER RESPONSIVE PLEADING**, which will send notification of such filing(s) to the following:

Joshua Trigsted
Trigsted Law Group, P.C.
5200 SW Meadows Road, Ste 150
Lake Oswego, OR 97035
Telephone: (503) 376-6774
Facsimile: (866) 927-5826
Email: jtrigsted@attorneysforconsumers.com

*Counsel for Plaintiff*

DATED this 27th day of November, 2012.

HINSHAW & CULBERTSON LLP

*/s David J. Elkanich*
David J. Elkanich, OSB #992558
Telephone: (503) 243-3243
Attorney for Defendant Portfolio Recovery Associates, LLC